IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY ROBINSON,

    Petitioner,

v.                              CASE NO. 4:09cv27-SPM/WCS

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 26, 2009 (doc. 5). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). He has filed two documents (doc. 6 and 7) in which he appears to agree to a transfer. I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1. The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

    2. This case is transferred to the United States District Court for the Middle District of Florida for all further proceedings.

DONE AND ORDERED this 16th day of June, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge